FILED '08 FEB 04 11:05 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

JACKIE (JACK) RAKES,

                Plaintiff(s),

v.                                        Civil No.07-59-TC

COMMISSIONER, SOCIAL SECURITY
   ADMINISTRATION,
                Defendant(s).

## JUDGMENT

The decision of the Defendant Commissioner is reversed and remanded for further proceedings.

Dated: February 4, 2008.

_____
United States Magistrate Judge

**JUDGMENT**