DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED '08 MAR 03 14:47 USDC-ORE

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Jackie (Jack) Rakes

    **Plaintiff,**

vs.                                               Civil No. 07-cv-0059-TC

**Commissioner of Social Security**

    **Defendant.**                         **ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of **$5.23**, costs in the amount of **$9.30**, and attorney's fees in the amount of **$4112.97**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 3 day of March, 2008.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**